AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

☐ FILED  ☐ RECEIVED
☐ ENTERED  ☐ SERVED ON

06/03/2024

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

| | |
|---|---|
| Jonathan Testa, individually & doing business as | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:20CV01457 |
| Yuri Prokopenko, and individual, 13th Titan | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __03/08/2023__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: May 31, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

**MARIA ROBLES VAZQUEZ**

I hereby attest and certify on 5-31-24
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

**MARIA ROBLES VAZQUEZ**