1  P.C. Liang
2  Assignee of Record
3  556 S. Fair Oaks Ave., Ste.101, #577
4  Pasadena CA 91105
5  (435) 527-5270
6  IN PRO PER
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 JONATHAN TESTA, individually and )
   doing business as MEAN FOLK, LLC, a )   CASE NO: 2:20-cv-01457-SVW-AFM
12 Vermont Limited Liability Company, )
13              Plaintiff              )
                                       )
14              v.                     )
15                                     )     NOTICE OF AND
   YURI PROKOPENKO, an individual;    )    ACKNOWLEDGMENT OF
16 13TH TITAN, a Nevada business      )    ASSIGNMENT OF JUDGMENT
17                                     )
                Defendants             )
18 _____ )
19
20 COMES NOW, PLAINTIFF(S), JONATHAN TESTA, individually and doing business as MEAN
   FOLK, LLC, a Vermont Limited Liability Company, in the above captioned matter, and moves
21
   the Court to hereby accept this Notice and Assignment of Judgment.
22
   In support thereof, the following information is provided:
23
24
      1) THAT the original Judgment was entered on or about 03/08/2023.
25
26
      2) THAT Judgment was entered in favor of Plaintiff(s) and against Defendant(s), YURI
27
         PROKOPENKO, an individual and 13TH TITAN, a Nevada business; jointly and sever-
28
         aly.

1  3) THAT the Court awarded a judgment in the total amount of $16,933.72.

2

3  4) THAT there have been no renewals since the entry of said judgment by this Court and

4  the Plaintiff(s) has/ have received $0.00 of judgment from Defendant(s).

5

6  5) THAT JONATHAN TESTA, individually and doing business as MEAN FOLK, LLC, a

7  Vermont Limited Liability Company, at 26 Arbor Rd, South Burlington, VT 05403 is/ was

8  the judgment creditor of record.

9

10  6) THAT the last address of record for the judgment debtor is/ was 555 E. Silverado Ranch

11  Blvd in Las Vegas, NV 89193.

12

13  7) THAT I /We hereby authorize, without limitation, the transfer and assignment of All

14  title, rights, interests and authority, and all other rights in law and/ or equity be past,

15  present or future, in said judgment to the following person:

16

17  P. C. LIANG

18  556 S Fair Oaks Ave.

19  Ste. 101, #577

20  PASADENA CA 91105

21

22  8) THAT I/ We relinquish all claim of right(s) in the above captioned matter to

23  Assignee as a full and final assignment, and pray the Clerk of the Court file

24  this Notice of and Acknowledgement of Assignment in the above captioned case forthwith,

25  so naming P. C. Liang as Assignee of Record.

26

27  Signed this 10th day of April, 2023 at South Burlington ~~CA~~ VT

28  Signature: _____
                    JONATHAN TESTA

CHRISTOPHER JOHN BIRD
Notary Public - State of Vermont
Commission # 157.0013452
My Commission Expires Jan 31, 2025

Notice of and Acknowledgment of Assignment of Judgment

2