_____ FILED       _____ RECEIVED
_____ ENTERED     _____ SERVED ON

06/03/2024

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

MAY 31ST,2024

P.C. Liang Assignee of Record
556 S. Fair Oaks Ave,
Ste.101, #577
Pasadena CA 91105
(435) 527 - 5270

2:24-ms-00022

**Lloyd D George Federal Courthouse**
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Dear Clerk,

      This is P.C. Liang, the assignee of record. Please register this case for me and please issue a MC number.

Thank you very much.

Kind regards,

P.C. Liang

Assignee of record



SANTA CLARITA CA 913
1 JUN 2024 PM 5 L

FRAYED U.S. MARSHALS SERVICE

U.S. District Court
District of Nevada
Attn: Civil Intake
333 Las Vegas Blvd South
Las Vegas NV 89101

JUN 03 2024
CLERK DISTRICT COURT
DISTRICT OF NEVADA

89101-706599