# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Jun 11, 2024 2:38PM

Paris C Liang

Rcpt. No: 200009714                     Trans. Date: Jun 11, 2024 2:38PM                    Cashier ID: #RG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #6149 | 06/11/2024 | | $52.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $52.00 |
| Total Tendered: | $52.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** 2:24-ms-00022. Registration of Foreign Judgment.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



FILED                    RECEIVED
ENTERED                  SERVED ON
                  COUNSEL/PARTIES OF RECORD

JUN 1 1 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY