UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JONATHAN TESTA, individually and doing )
business as MEAN FOLK, LLC, a Vermont Limited )
Liability Company )
) 2:24-MS- 00022
) _____
) Case Number
v )
YURI PROKOPENKO, an indivdual; 13TH TITAN, )
a Nevada business )
) AFFIDAVIT AND REQUEST FOR
) ISSUANCE OF WRIT OF EXECUTION
)

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

I, P.C. LIANG - ASSIGNEE OF RECORD, hereby state on oath:

1. Judgment for $18,027.79, was entered on 6/12/24, in the docket of the above entitled Court action in favor of: P.C.LIANG - ASSIGNEE OF RECORD as Judgment Creditor, and against YURI PROKOPENKO as Judgment Debtor.

   (IF A REGISTERED JUDGMENT):
   Said Judgment was registered herein under Title 28, U.S.C. Sec. 1963, being a Judgment which was obtained in Civil Case No. 2:20CV-01457-SVW-AFM In the U.S. District Court for the CENTRAL District of CALIFORNIA and which has become FINAL.

2. I am the attorney for said judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment are the following sums:
   $ 7.59                         [1] accrued interest, computed at 5.12 %*
   $ 285.50                       accrued costs and fees.

*Judgments registered under 28 U.S.C. Sec. 1963 bear the rate of interest of the District of Origin.

---

[1] This figure shall include interest through the day on which this affidavit is executed. The calculation of interest due in the writ will include this figure plus accrued interest commencing the next day through the day the writ is issued by the Clerk.

CREDIT must be given for payments and partial satisfaction in the total amount of

$ 0.00 which is to be first credited against the total accured interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ 18,320.88   ACTUALLY DUE on this date. Of this total,

$ 18,027.79   is the amount of the original Judgment as entered still remaining due and bearing interest at 5.12 % in the amount of $ 2.53 PER DAY from this date:

DATED: 6/15/24

P.C. LIANG - ASSIGNEE OF RECORD
~~Attorney for~~ Judgment Creditor

SUBSCRIBED and SWORN to before me
this _____ day of _____, _____.

_____

NOTARY PUBLIC in and for the County of _____, State of Nevada.

_____

(SEAL)

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

On __6-15-2024__ before me, __SAM A. CAFIERO  Notary public__
(Here insert name and title of the officer)

personally appeared __P. C. LIANG__,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Seal A C_
Signature of Notary Public

(Notary Seal)

SAM A. CAFIERO
Notary Public - California
San Bernardino County
Commission # 2484591
My Comm. Expires Mar 16, 2028

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

__Affidavit and Request__
(Title or description of attached document)

__for issuance of writ of__
(Title or description of attached document continued)

Number of Pages __2__   Document Date __6-15-24__

__Execution__
(Additional information)

**CAPACITY CLAIMED BY THE SIGNER**
- ☒ Individual(s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

**INSTRUCTIONS FOR COMPLETING THIS FORM**

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

2008 Version CAPA v12.10.07 800-873-9865 www.NotaryClasses.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JONATHAN TESTA, individually and doing business as MEAN FOLK, LLC, a Vermont Limited Liability Company

v

YURI PROKOPENKO, an indivdual; 13TH TITAN, a Nevada business

Case Number: 2:24-MS-00022

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:

On 6/12/24, a Judgment was entered in the docket of the above-entitled Court and action, in favor of P.C. LIANG - ASSIGNEE OF RECORD as Judgment Creditor, and against YURI PROKOPENKO as Judgment Debtor, for

- $ 15,000 principal,
- $ 1,500 attorney fees,
- $ 1,094.07 interest, and
- $ 433.72 costs making a total of
- $ 18,027.79 JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein, it appears that further sums have accrued since the entry of judgment, to wit:

- $7.59 accrued interest, and
- $ 285.50 accrued costs and fees, making a total of
- $ 293.09 ACCRUED INTEREST, COSTS AND FEES.

CREDIT must be given for payments and partial satisfactions in the amount of
$ 0.00 which is to be first credited against the total accured interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ _____ ACTUALLY DUE on the date issuance of this writ, of which

$ 18,027.79 is due on the Judgment as entered, and bears interest at 5.12 % per annum, in the amount of $ 2.53 PER DAY, from the date of entry of judgment to the date of issuance on this writ, to which must be added the accrued costs and fees and the commissions and costs of the officer executing this writ. (Interest rate and amount per day to be completed by attorney.)

Notice by mail of any sale under the writ of execution  ○ Has  ● Has Not  been requested.
The following named persons have requested such notice of sale:

| NAME | ADDRESS |
|------|---------|
|      |         |

YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and costs as provided by law and your costs and disbursements out of the personal property of said debtor, except that for any pay period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hour wage prescribed by section 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. Sec. 206(a)(1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ, and if sufficient personal property cannot be found, then out of his real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

Judgment Creditor/Plaintiff will identify to the U.S. Marshal or his representative assets that are to be seized to satisfy the judgment/order.

YOU ARE FURTHER COMMANDED if necessary, to turn over any property seized under this order to a third party custodian or to the plaintiff. The U.S. Marshal or his representative is authorized to use reasonable force in the execution of this Judgment/Order and the Judgment Creditor/Plaintiff will hold the U.S. Marshals Service harmless of any liability that may be imposed as a result of the execution of the Judgment.

DATED:_____        DEBRA K. KEMPI
                                            Clerk, U.S. District Court

                                            By:_____
                                               Deputy Clerk